# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00702-CV

**Joseph K. Rensin and Edison Worldwide, LLC, Appellants**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
### NO. D-1-GV-10-000102, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an agreed motion to dismiss their appeal, explaining that the parties have reached a settlement of their dispute. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Dismissed on Agreed Motion

Filed:  December 14, 2012